IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01293-ZLW-MEH

GRAZIA ANTONELLA BOCCIOLONE and
DAVID WAYNE BRENMAN,

    Plaintiffs,

v.

JAY H. SOLOWSKY,
PERTNOY, SOLOWSKY & ALLEN, P.A., and
EDWARD M. REIZEN,

    Defendants.

_____

ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this __27__ day of June, 2007.

                                                   BY THE COURT:

                                                   _____

                                                   ZITA L. WEINSHIENK, Senior Judge
                                                   United States District Court