IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01293-ZLW-MEH

GRAZIA ANTONELLA BOCCIOLONE and
DAVID WAYNE BRENMAN,

      Plaintiffs,

v.

JAY H. SOLOWSKY,
PERTNOY, SOLOWSKY & ALLEN, P.A., and
EDWARD M. REIZEN,

      Defendants.

_____

ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this __27__ day of June, 2007.

                              BY THE COURT:

                              *[signature]*
                              _____

                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court