**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 07-cv-01293-LTB

GRAZIA ANTONELLA BOCCIOLONE, and
DAVID WAYNE BRENMAN,

      Plaintiffs,

v.

EDWARD M. REIZEN,

      Defendant.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Voluntary Dismissal (Doc 31 - filed January 22, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: January 23, 2008